FOURTH DEPARTMENT, MARCH, 1956*

(March 7, 1956)

■ In the Matter of HARRY LAMBERTSON, Appellant, against DEPARTMENT OF CORRECTION et al., Respondents.— Motion to appeal on handwritten records denied on the ground that the papers fail to show merit to the appeal.

■ PETER C. DUNSTAD, Appellant, v. THERESA I. VAN DEUSEN et al., Respondents.—Motion to amend notice of appeal granted.

* Not published with other decisions of March 7, 1956, *ante*, p. 929.— [REP.